2010-02579
FILED
September 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002937314

Number of Pages: 2

Douglas B. Jacobs
JACOBS, ANDERSON, POTTER & CHAPLIN
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Plaintiff, HUBERT BEAVER

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>BYRON CHARLES SHOBAR and NICOLE SHOBAR,<br><br>    Debtors.<br><hr>HUBERT BEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>BYRON CHARLES SHOBAR and NICOLE SHOBAR,<br><br>    Defendant. | Case No: 10-36308-C-7<br><br>Adversary No:<br><br>**PROOF OF SERVICE** |

    I am employed in the County of Butte, California. I am over the age of eighteen years and not a party to the within action. My business address is 20 Independence Circle, Chico, CA 95973. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On **September 20, 2010,** I served a copy, with all exhibits, of the following documents:

ADVERSARY COMPLAINT

ADVERSARY COVERY SHEET

on the party or parties named below, in **Case No. 10-36308-C-7** by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Michael O. Hays**
676 East First Avenue, Suite #5
Chico, CA  95926

**Linda S. Schuette**
PO Box 743
Palo Cedro, CA 96073

**U.S. Bankruptcy Trustee**
501 "I" Street, Suite 7-500
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 20, 2010

_Leni de Reus_
Leni de Reus